MICHELINA MASSARO, Respondent, *v.* NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

Argued May 21, 1937; decided June 8, 1937.

*Charles E. Spencer* for appellant.

*Don Carlos Buell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.